# JENKINS & CLAYMAN

| | | |
|---|---|---|
| JEFFREY E. JENKINS ∗✧ <br> ERIC J CLAYMAN ○ <br> —— <br> STEPHANIE F. RITIGSTEIN ✧ <br> RHONDI LYNN SCHWARTZ ○ | ATTORNEYS AT LAW <br> 412 WHITE HORSE PIKE <br> AUDUBON, N.J. 08106 <br> (856) 546-9696 <br> FAX (856) 546-7013 <br> EMAIL: jenkins.clayman@verizon.net | BRANCH OFFICES <br> (BY APPOINTMENT ONLY) <br> 1675 ROUTE 533, SUITE 102 <br> TRENTON/HAMILTON, N.J. 08619 <br> —— <br> 1125 ATLANTIC AVE., SUITE 536 <br> ATLANTIC CITY, N.J. 08401 <br> —— <br> 120 N. EIGHTH STREET <br> VINELAND, N.J. 08360 <br> —— <br> 645 HIGHWAY 18, SUITE 117 B <br> EAST BRUNSWICK, N.J. 08616 |

\* BOARD CERTIFIED-CONSUMER
BANKRUPTCY LAW-AMERICAN BOARD OF
CERTIFICATION APPROVED BY THE
AMERICAN BAR ASSOCIATION
✧ADMITTED TO PA & NJ BARS
○ADMITTED TO NJ BAR

October 21, 2019

Honorable Jerrold N. Poslusny, Jr., U.S.B.J.
United States Bankruptcy Court
PO Box 2067
Camden, NJ 08101
*Via electronic mail to: (chambers_of_jnp@njb.uscourts.gov) only*

Re:   Morgan & Patricia Levally
      Chapter 13 Case No.: 19-23417
      Request not to sign order of dismissal as Mr. and Mrs. Levally have complied with
      October 16, 2019 confirmation hearing requirements

Dear Judge Poslusny,

On October 16, 2019 our office appeared at the confirmation hearing for Mr. and Mrs. Levally's case. The case was marked as dismissed with order held for ten days. During this ten-day period, Mr. and Mrs. Levally were to make Trustee payments and we were to provide proof of Mrs. Levally's income so a 341(a) hearing can be scheduled.

We have met with Mr. Levally and he has provided us with Mrs. Levally's paystubs and the Trustee payments are being deducted directly from Mrs. Levally's paystubs.

As such, we request that Your Honor refrain from signing an order of dismissal if one is submitted.

By copy of this correspondence, we are advising the Trustee that we are in the process of providing her office with the paystubs and are asking to have the 341(a) scheduled.

Thank you for your usual kind consideration.

Respectfully yours,

*/s/ Eric J Clayman*

Eric J Clayman

EJC/aa
Cc:   Isabel C. Balboa
      Morgan & Patricia Levally