# UNITED STATES BANKRUPTCY COURT
**District of New Jersey (Camden)**

| | |
|---|---|
| IN RE: | Case No.: 19-23417 |
| Debtors: Morgan P Levally and Patricia E Levally | Loan Number (Last 4): 2122 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Select Portfolio Servicing, Inc. | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| | ATTN: Bankruptcy Dept |
| Name of Transferee | Name of Transferor |
| 3217 S. Decker Lake Dr. | Court Claim # (if known): 9 |
| Salt Lake City, UT 84115 | Amount of Claim: $66,373.03 |
| | Date Claim Filed: 08/30/2019 |
| Phone: 866-247-1722 | Last Four Digits of Acct #: 9048 |
| Last Four Digits of Acct #: 2122 | |

Name and Address where transferee payments should be sent (if different from above):

PO Box 65450
Salt Lake City, UT 84165

Phone: 866-247-1722

Last Four Digits of Acct #: 2122

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle Enoch    Date: 10/28/2019
Bankruptcy Supervisor
(Approved by: Dilan Foutz)

Specific Contact Information:
P: 800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

486212-35b5d645-887d-4914-8f93-4ad0f4432e9d