**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

IN RE:                                                                                             CASE NO.: 19-23417-JNP
                                                                                                                                   **CHAPTER 13**

**Morgan P. Levally**

    Debtor

**Patricia E. Levally**

    Joint Debtor

    _____/

**REQUEST FOR SERVICE**

    **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of SELECT PORTFOLIO SERVICING, INC. ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**130 CLINTON ROAD, SUITE 202,**
**FAIRFIELD, NJ 07004**

                                                  RAS Citron, LLC
                                                  Attorney for Secured Creditor
                                                  130 Clinton Road, Suite 202,
                                                  Fairfield, NJ 07004
                                                  Telephone: 470-321-7112

                                                  By: /s/Harold Kaplan
                                                      Harold Kaplan, Esquire
                                                      Email: hkaplan@rasnj.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 31, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MORGAN P. LEVALLY
339 WENONAH AVENUE
MANTUA, NJ 08051

PATRICIA E. LEVALLY
339 WENONAH AVENUE
MANTUA, NJ 08051

AND VIA ELECTRONIC MAIL TO:

ERIC CLAYMAN
JENKINS & CLAYMAN
412 WHITE HORSE PIKE
AUDUBON, NJ 08106

U.S. TRUSTEE
US DEPT. OF JUSTICE OFFICE OF THE US TRUSTEE  ONE NEWARK CENTER, STE. 2100
NEWARK, NJ 07102

ISABEL C. BALBOA
CHAPTER 13 STANDING TRUSTEE CHERRY TREE CORPORATE CENTER  535 ROUTE 38 - SUITE 580
CHERRY HILL, NJ 08002

        RAS Citron, LLC
        Attorney for Secured Creditor
        130 Clinton Road, Suite 202,
        Fairfield, NJ 07004
        Telephone: 470-321-7112

        By: /s/Harold Kaplan
        Harold Kaplan, Esquire
        Email: hkaplan@rasnj.com