Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−23417−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Morgan P Levally
dba DBA Morgan Marine, LLC
339 Wenonah Avenue
Mantua, NJ 08051

Patricia E Levally
339 Wenonah Avenue
Mantua, NJ 08051

Social Security No.:
xxx−xx−6064                                                xxx−xx−8894

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           2/5/20
Time:           09:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: December 16, 2019
JAN: kvr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                      Case No. 19-23417-JNP
Morgan P Levally                                            Chapter 13
Patricia E Levally
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2             Date Rcvd: Dec 16, 2019
                              Form ID: 132             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2019.
db/jdb         #+Morgan P Levally,    Patricia E Levally,    339 Wenonah Avenue,    Mantua, NJ 08051-1444
518344024        Advocare West Deptford Pediatrics,    c/o IC Systems Collections,    PO Box 64378,
                  Saint Paul, MN 55164-0378
518360391       +Atlantic City Electric Co. Bankruptcy Division,    5 Collins Drive, Suite 2133 / Mail Stop,
                  Carneys Point   NJ 08069-3600
518421585        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518344029       +DiTech Financial,    c/o RAS Citron, LLC,    130 Clinton Road,    Suite 202,
                  Fairfield, NJ 07004-2927
518344030       +Dr. Akshay Dave,    c/o Quality Asset Recovery,    7 Forster Avenue,    Suite 101,
                  Gibbsboro, NJ 08026-1191
518461620       +Gotham Collection Services,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
                  Parsippany, NJ 07054-4609
518344035       +Laboratory Corp of America,    c/o Radius Global Solutions, LLC,    50 W Skippack Pike,
                  Ambler, PA 19002-5151
518344036       +Macy's,    PO Box 8218,    Mason, OH 45040-8218
518344037       +Mantua Improvement,    401 Main Street,    Mantua, NJ 08051-1002
518344038       +Mr. Cooper,    c/o RAS Citron,    130 Clinton Rd #202,    Fairfield, NJ 07004-2927
518435692       +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,    ATTN: Bankruptcy Dept,    PO Box 619096,
                  Dallas TX 75261-9096
518430937       +Nationstar Mortgage LLC,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                  Fairfield, NJ 07004-2927
518344039       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    c/o RAS Citron, LLC,    130 Clinton Road, #202,
                  Fairfield, NJ 07004-2927
518344040       +New York City District,    Council of Carpenters,    395 Hudson Street,    New York, NY 10014-3669
518456474      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: STATE OF NEW JERSEY,     DEPT. OF THE TREASURY,    DIVISION OF TAXATION,
                  P O BOX 245,    TRENTON   NJ 08695)
518344044        State of New Jersey,    Division of Taxation,    PO Box 445,    Trenton, NJ 08695-0445
518344045       +Underwood Memorial Hospital,    509 N. Broad St.,    Woodbury, NJ 08096-1617
518344046        Wells Fargo,    PO Box 10347,    Des Moines, IA 50306-0347

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 16 2019 23:46:34      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg              E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 16 2019 23:46:32      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518357016        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 16 2019 23:53:31
                  Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
518344025       +E-mail/Text: bankruptcy@pepcoholdings.com Dec 16 2019 23:46:08      Atlantic City Electric,
                  PO Box 13610,    Philadelphia, PA 19101-3610
518344026       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 16 2019 23:52:45      Capital One,
                  PO Box 30285,    Salt Lake City, UT 84130-0285
518364880       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 17 2019 00:04:36
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518344027       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 17 2019 00:04:46      CitiBank,
                  c/o Portfolio Recovery Associates,    120 Corporate Boulevard, Suite 1,
                  Norfolk, VA 23502-4952
518344028        E-mail/Text: bankruptcy@sw-credit.com Dec 16 2019 23:46:34      Comcast,
                  c/o Southwest Credit Systems, L.P.,    4120 International Pkwy, Ste 1100,
                  Carrollton, TX 75007-1958
518344031        E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Dec 16 2019 23:45:36
                  Gateway One Lending & Finance,    160 N. Riverview Drive,    Suite 100,    Anaheim, CA 92808
518398942        E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Dec 16 2019 23:45:36
                  Gateway One Lending & Finance, LLC,    175 N Riverview Drive,    Anaheim, CA 92808
518344032        E-mail/Text: cio.bncmail@irs.gov Dec 16 2019 23:46:03      IRS,    PO Box 7346,
                  Philadelphia, PA 19101-7346
518344033       +E-mail/Text: bncnotices@becket-lee.com Dec 16 2019 23:45:51      Kohl's / Capital One,
                  PO BOX 3115,    Milwaukee, WI 53201-3115
518344034       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 16 2019 23:47:10      Labcorp,
                  c/o Credit Collection Services,    PO Box 9134,    Needham Heights, MA 02494-9134
518344041       +E-mail/PDF: cbp@onemainfinancial.com Dec 16 2019 23:52:37      One Main,    PO Box 1010,
                  Evansville, IN 47706-1010
518466894        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 17 2019 00:04:46
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
518344042       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 16 2019 23:47:10      Progressive,
                  c/o Credit Collection Service,    PO BOX 607,    Norwood, MA 02062-0607
518451723        E-mail/Text: appebnmailbox@sprint.com Dec 16 2019 23:46:30      Sprint Corp,    Attn: Bankruptcy,
                  PO Box 7949,    Overland Park, KS 662070949
518536024       +E-mail/Text: jennifer.chacon@spservicing.com Dec 16 2019 23:47:29
                  Select Portfolio Servicing, Inc.,    3217 S. Decker Lake Dr.,    Salt Lake City, UT 84115,
                  Select Portfolio Servicing, Inc.,    3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Dec 16, 2019
                              Form ID: 132             Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518536023      +E-mail/Text: jennifer.chacon@spservicing.com Dec 16 2019 23:47:29
                 Select Portfolio Servicing, Inc.,   3217 S. Decker Lake Dr.,   Salt Lake City, UT 84119-3284
518344043       E-mail/Text: appebnmailbox@sprint.com Dec 16 2019 23:46:30      Sprint,   c/o Afni, Inc.,
                 PO Box 3517,    Bloomington, IL 61702-3517
518346833      +E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2019 23:53:16      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Nationstar Mortgage LLC,   RAS Citron, LLC,   130 Clinton Road,   Suite 202,
                 Fairfield, NJ 07004-2927
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2019 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    USAA FEDERAL SAVINGS BANK ajennings@rasflaw.com
              David  Nigro    on behalf of Joint Debtor Patricia E Levally jenkins.clayman@verizon.net
              David  Nigro    on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net
              Denise E. Carlon    on behalf of Creditor    Select Portfolio Servicing, Inc.
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Joint Debtor Patricia E Levally jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric  Clayman    on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Harold N. Kaplan    on behalf of Creditor    Nationstar Mortgage LLC hkaplan@rasnj.com,
               informationathnk@aol.com
              Harold N. Kaplan    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               hkaplan@rasnj.com,   informationathnk@aol.com
              Harold N. Kaplan    on behalf of Creditor    Select Portfolio Servicing, Inc. hkaplan@rasnj.com,
               informationathnk@aol.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Select Portfolio Servicing, Inc.
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 13
```