| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>(215)627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>Select Portfolio Servicing, Inc. | Order Filed on February 20, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Morgan P. Levally,<br><br>Debtor. | Case No.: 19-23417 JNP<br>Adv. No.:<br>Hearing Date: 11/16/19 @ 9:00 a.m.<br>Judge: Jerrold N. Poslusny, Jr. |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: February 20, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor: Morgan P. Levally
Case No.: 19-23417 JNP
Caption: **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Select Portfolio Servicing, Inc. not in its individual capacity but solely as trustee on behalf of OWS REMIC Trust 2013-2, holder of a mortgage on real property located at 105 Firth Drive, Mantua, NJ, 08051, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Eric Clayman, Esquire, attorney for Debtor, Morgan P. Levally, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtors shall obtain a loan modification by March 1, 2020, or as may be extended by modified plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Debtor is to make regular post-petition payments outside of the plan in accordance with the terms of the note and mortgage and applicable payment change notices while the loan modification is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Trustee is not to pay the arrears while the loan modification is pending; and

It is further **ORDERED, ADJUDGED and DECREED** that the Secured Creditor does not waive its rights to the pre-petition arrears or any post-petition arrears that may accrue; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that if the loan modification is not successful, Debtor shall modify the plan to otherwise address Secured Creditor's claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:
Morgan P Levally
Patricia E Levally
    Debtors

Case No. 19-23417-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 1   Date Rcvd: Feb 20, 2020
                       Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.
db/jdb     +Morgan P Levally,   Patricia E Levally,   105 Firth Drive,   Mantua, NJ 08051-1903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:
            Aleisha Candace Jennings   on behalf of Creditor   USAA FEDERAL SAVINGS BANK ajennings@rasflaw.com
            David   Nigro   on behalf of Joint Debtor Patricia E Levally jenkins.clayman@verizon.net
            David   Nigro   on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net
            Denise E. Carlon   on behalf of Creditor   Select Portfolio Servicing, Inc.
             dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Eric   Clayman   on behalf of Joint Debtor Patricia E Levally jenkins.clayman@verizon.net,
             connor@jenkinsclayman.com
            Eric   Clayman   on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net,
             connor@jenkinsclayman.com
            Harold N. Kaplan   on behalf of Creditor   Select Portfolio Servicing, Inc. hkaplan@rasnj.com,
             informationathnk@aol.com
            Harold N. Kaplan   on behalf of Creditor   Nationstar Mortgage LLC hkaplan@rasnj.com,
             informationathnk@aol.com
            Harold N. Kaplan   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
             hkaplan@rasnj.com,   informationathnk@aol.com
            Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
            Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
             summarymail@standingtrustee.com
            Rebecca Ann Solarz   on behalf of Creditor   Select Portfolio Servicing, Inc.
             rsolarz@kmllawgroup.com
            Stephanie F. Ritigstein   on behalf of Joint Debtor Patricia E Levally
             jenkins.clayman@verizon.net,   connor@jenkinsclayman.com
            Stephanie F. Ritigstein   on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net,
             connor@jenkinsclayman.com
            U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                               TOTAL: 15