**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:                                           Case No.: _____19-23417_____

Morgan P. & Patricia E. Levally           Judge: _____JNP_____

                    Debtor(s)

## Chapter 13 Plan and Motions

☐ Original          ☒ Modified/Notice Required          Date: __04/20/2020__

☐ Motions Included  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

### YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

---

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

---

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ___EJC___    Initial Debtor: ___MPL___    Initial Co-Debtor: ___PEL___

**Part 1:   Payment and Length of Plan**

The debtor shall pay $500 per month through May 2020; then $700 per month to begin June 2020 such that plan will last 60 months.

    b.   The debtor shall make plan payments to the Trustee from the following sources:

        ☒   Future earnings

        ☐   Other sources of funding (describe source, amount and date when funds are available):

    c.   Use of real property to satisfy plan obligations:

        ☐   Sale of real property
        Description:

        Proposed date for completion: _____

        ☐   Refinance of real property:
        Description:
        Proposed date for completion: _____

        ☐   Loan modification with respect to mortgage encumbering property:
        Description:
        Proposed date for completion: _____

    d.   ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e.   ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

     a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

     b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 4,750 plus all other court approved fees and costs |
| ~~DOMESTIC SUPPORT OBLIGATION~~ | | |

    b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

    ☒ None

    ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:      Secured Claims**

### a.  Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| SPS - formerly Mr. Cooper | Residence | $21,524.59 | N/A | $21,524.59 | Resume August 2019 |

### b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c.  Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**    ☒ **NONE**

1.)  The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender**  ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

> The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**:  ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|----------|-----------|------------------------------------------|
|          |           |                                          |

## Part 5:   Unsecured Claims ☐ NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than _____100_____ percent

☐ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|----------|-----------------------------------|-----------|-------------------|
|          |                                   |           |                   |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b.  Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒  Upon confirmation

☐  Upon discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) <u>Jenkins & Clayman</u>

3) <u>SPS - formerly Mr. Cooper</u>

4) <u>Unsecured creditors who file timely proofs of claim</u>

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

---

**Part 9:    Modification ☐ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: <u>07/30/2020</u>                .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To repay pre-petition mortgage arrears in full inside plan. | To extend length of plan to make sure mortgage arrears are paid in full |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

---

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 04/20/2020 _____          /s/ Morgan P. Levally _____
                                                    Debtor

Date: 04/20/2020 _____          /s/ Patricia E. Levally _____
                                                    Joint Debtor

Date: 04/20/2020 _____          /s/ Eric J Clayman _____
                                                    Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:
Morgan P Levally
Patricia E Levally
          Debtors

Case No. 19-23417-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Apr 21, 2020
                             Form ID: pdf901       Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2020.
db/jdb      +Morgan P Levally,   Patricia E Levally,   105 Firth Drive,   Mantua, NJ 08051-1903
518344024    Advocare West Deptford Pediatrics,   c/o IC Systems Collections,   PO Box 64378,
             Saint Paul, MN 55164-0378
518360391   +Atlantic City Electric Co. Bankruptcy Division,   5 Collins Drive, Suite 2133 / Mail Stop,
             Carneys Point  NJ 08069-3600
518421585    Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
518344029   +DiTech Financial,   c/o RAS Citron, LLC,   130 Clinton Road,   Suite 202,
             Fairfield, NJ 07004-2927
518344030   +Dr. Akshay Dave,   c/o Quality Asset Recovery,   7 Forster Avenue,   Suite 101,
             Gibbsboro, NJ 08026-1191
518461620   +Gotham Collection Services,   c/o Fein Such Kahn & Shepard PC,   7 Century Dr., Suite 201,
             Parsippany, NJ 07054-4609
518344035   +Laboratory Corp of America,   c/o Radius Global Solutions, LLC,   50 W Skippack Pike,
             Ambler, PA 19002-5151
518344036   +Macy's,   PO Box 8218,   Mason, OH 45040-8218
518344037   +Mantua Improvement,   401 Main Street,   Mantua, NJ 08051-1002
518344038   +Mr. Cooper,   c/o RAS Citron,   130 Clinton Rd #202,   Fairfield, NJ 07004-2927
518435692   +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,   ATTN: Bankruptcy Dept,   PO Box 619096,
             Dallas TX 75261-9096
518430937   +Nationstar Mortgage LLC,   RAS Citron, LLC,   130 Clinton Road, Suite 202,
             Fairfield, NJ 07004-2927
518344039   +Nationstar Mortgage LLC d/b/a Mr. Cooper,   c/o RAS Citron, LLC,   130 Clinton Road, #202,
             Fairfield, NJ 07004-2927
518344040   +New York City District,   Council of Carpenters,   395 Hudson Street,   New York, NY 10014-3669
518456474   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: STATE OF NEW JERSEY,   DEPT. OF THE TREASURY,   DIVISION OF TAXATION,
             P O BOX 245,   TRENTON  NJ 08695)
518344044    State of New Jersey,   Division of Taxation,   PO Box 445,   Trenton, NJ 08695-0445
518344045   +Underwood Memorial Hospital,   509 N. Broad St.,   Woodbury, NJ 08096-1617
518344046    Wells Fargo,   PO Box 10347,   Des Moines, IA 50306-0347

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 21 2020 22:49:31    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 21 2020 22:49:29    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
518357016    E-mail/PDF: resurgentbknotifications@resurgent.com Apr 21 2020 23:01:18
             Ashley Funding Services, LLC,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
518344025   +E-mail/Text: bankruptcy@pepcoholdings.com Apr 21 2020 22:49:04    Atlantic City Electric,
             PO Box 13610,   Philadelphia, PA 19101-3610
518344026   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 21 2020 23:01:11    Capital One,
             PO Box 30285,   Salt Lake City, UT 84130-0285
518364880   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 21 2020 23:03:20
             Capital One Bank (USA), N.A.,   109 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518344027   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 21 2020 23:01:14    CitiBank,
             c/o Portfolio Recovery Associates,   120 Corporate Boulevard, Suite 1,
             Norfolk, VA 23502-4952
518344028    E-mail/Text: bankruptcy@sw-credit.com Apr 21 2020 22:49:31    Comcast,
             c/o Southwest Credit Systems, L.P.,   4120 International Pkwy, Ste 1100,
             Carrollton, TX 75007-1958
518344031    E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Apr 21 2020 22:48:15
             Gateway One Lending & Finance,   160 N. Riverview Drive,   Suite 100,   Anaheim, CA 92808
518398942    E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Apr 21 2020 22:48:15
             Gateway One Lending & Finance, LLC,   175 N Riverview Drive,   Anaheim, CA 92808
518344032    E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 21 2020 22:49:01    IRS,   PO Box 7346,
             Philadelphia, PA 19101-7346
518344033   +E-mail/Text: bncnotices@becket-lee.com Apr 21 2020 22:48:52    Kohl's / Capital One,
             PO BOX 3115,   Milwaukee, WI 53201-3115
518344034   +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 21 2020 22:49:48    Labcorp,
             c/o Credit Collection Services,   PO Box 9134,   Needham Heights, MA 02494-9134
518344041   +E-mail/PDF: cbp@onemainfinancial.com Apr 21 2020 23:01:00    One Main,   PO Box 1010,
             Evansville, IN 47706-1010
518466894    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 21 2020 23:01:14
             Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
518344042   +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 21 2020 22:49:48    Progressive,
             c/o Credit Collection Service,   PO Box 607,   Norwood, MA 02062-0607
518451723    E-mail/Text: appebnmailbox@sprint.com Apr 21 2020 22:49:27    Sprint Corp,   Attn: Bankruptcy,
             PO Box 7949,   Overland Park, KS 662070949

```
District/off: 0312-1          User: admin              Page 2 of 2        Date Rcvd: Apr 21, 2020
                             Form ID: pdf901           Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518536024      +E-mail/Text: jennifer.chacon@spservicing.com Apr 21 2020 22:49:53
                Select Portfolio Servicing, Inc.,   3217 S. Decker Lake Dr.,   Salt Lake City, UT 84115,
                Select Portfolio Servicing, Inc.,   3217 S. Decker Lake Dr.,   Salt Lake City, UT 84119-3284
518536023      +E-mail/Text: jennifer.chacon@spservicing.com Apr 21 2020 22:49:53
                Select Portfolio Servicing, Inc.,   3217 S. Decker Lake Dr.,   Salt Lake City, UT 84119-3284
518344043       E-mail/Text: appebnmailbox@sprint.com Apr 21 2020 22:49:27    Sprint,   c/o Afni, Inc.,
                PO Box 3517,   Bloomington, IL 61702-3517
518346833      +E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2020 23:02:46     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                       TOTAL: 21

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Nationstar Mortgage LLC,   RAS Citron, LLC,   130 Clinton Road,   Suite 202,
                Fairfield, NJ 07004-2927
                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2020 at the address(es) listed below:
```
             Aleisha Candace Jennings   on behalf of Creditor    USAA FEDERAL SAVINGS BANK ajennings@rasflaw.com
             David  Nigro    on behalf of Joint Debtor Patricia E Levally jenkins.clayman@verizon.net
             David  Nigro    on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net
             Denise E. Carlon   on behalf of Creditor    Select Portfolio Servicing, Inc.
              dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
             Eric  Clayman    on behalf of Joint Debtor Patricia E Levally jenkins.clayman@verizon.net,
              connor@jenkinsclayman.com
             Eric  Clayman    on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net,
              connor@jenkinsclayman.com
             Harold N. Kaplan   on behalf of Creditor    Nationstar Mortgage LLC hkaplan@rasnj.com,
              informationathnk@aol.com
             Harold N. Kaplan   on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
              hkaplan@rasnj.com,  informationathnk@aol.com
             Harold N. Kaplan   on behalf of Creditor    Select Portfolio Servicing, Inc. hkaplan@rasnj.com,
              informationathnk@aol.com
             Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
             Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
              summarymail@standingtrustee.com
             Rebecca Ann Solarz   on behalf of Creditor    Select Portfolio Servicing, Inc.
              rsolarz@kmllawgroup.com
             Stephanie F. Ritigstein   on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net,
              connor@jenkinsclayman.com
             Stephanie F. Ritigstein   on behalf of Joint Debtor Patricia E Levally
              jenkins.clayman@verizon.net,  connor@jenkinsclayman.com
             U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 15
```