Form 196 – ntcadminerror

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.: 19–23417–JNP
                      Chapter: 13
                      Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Morgan P Levally | Patricia E Levally |
| dba DBA Morgan Marine, LLC | 105 Firth Drive |
| 105 Firth Drive | Mantua, NJ 08051 |
| Mantua, NJ 08051 | |

Social Security No.:
  xxx–xx–6064                                 xxx–xx–8894

Employer's Tax I.D. No.:

## AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

     On October 13, 2020 a NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON was sent out by the Court which contained an administrative error.

     This notice hereby amends the notice to correct the following information:

Original incorrect information:
The a Plan had been previously confirmed

Corrected to state:
A Plan has not yet been confirmed in this case and a Modified Plan was filed on October 9, 2020. Confirmation is set for November 18, 2020 at 9:00

     The amendment of this notice does not affect deadlines that have been previously set.


Dated: October 14, 2020
JAN: def

                                                                           Jeanne Naughton
                                                                           Clerk