Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–23417–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Morgan P Levally
dba DBA Morgan Marine, LLC
105 Firth Drive
Mantua, NJ 08051

Patricia E Levally
105 Firth Drive
Mantua, NJ 08051

Social Security No.:
xxx–xx–6064                                                                xxx–xx–8894

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           January 5, 2021
Time:           11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*64* – Certification in Opposition to (related document:63 Creditor's Certification of Default (related document:33 Consent Order filed by Creditor Select Portfolio Servicing, Inc.) filed by Denise E. Carlon on behalf of Select Portfolio Servicing, Inc.. Objection deadline is 12/14/2020. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Select Portfolio Servicing, Inc.) filed by Rhondi L. Schwartz on behalf of Morgan P Levally, Patricia E Levally. (Schwartz, Rhondi)

and transact such other business as may properly come before the meeting.


Dated: December 14, 2020
JAN: kaj

Jeanne Naughton
Clerk