Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  19−23417−JNP
        Chapter:  13
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Morgan P Levally                                  Patricia E Levally
   dba DBA Morgan Marine, LLC               105 Firth Drive
   105 Firth Drive                                     Mantua, NJ 08051
   Mantua, NJ 08051

Social Security No.:
   xxx−xx−6064                                        xxx−xx−8894

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                 January 5, 2021
Time:                11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

**64** − Certification in Opposition to (related document:63 Creditor's Certification of Default (related document:33 Consent Order filed by Creditor Select Portfolio Servicing, Inc.) filed by Denise E. Carlon on behalf of Select Portfolio Servicing, Inc.. Objection deadline is 12/14/2020. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Select Portfolio Servicing, Inc.) filed by Rhondi L. Schwartz on behalf of Morgan P Levally, Patricia E Levally. (Schwartz, Rhondi)

and transact such other business as may properly come before the meeting.

Dated: December 14, 2020
JAN: kaj

                                                                                                 Jeanne Naughton
                                                                                                 Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 19-23417-JNP

Morgan P Levally                                                                          Chapter 13

Patricia E Levally

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 14, 2020 | Form ID: 173 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**

**Recip ID          Recipient Name and Address**
db/jdb              + Morgan P Levally, Patricia E Levally, 105 Firth Drive, Mantua, NJ 08051-1903

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2020             Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2020 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor USAA FEDERAL SAVINGS BANK ajennings@rasflaw.com |
| David Nigro | on behalf of Joint Debtor Patricia E Levally jenkins.clayman@verizon.net |
| David Nigro | on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net |
| Denise E. Carlon | on behalf of Creditor Select Portfolio Servicing Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Joint Debtor Patricia E Levally jenkins.clayman@verizon.net  connor@jenkinsclayman.com |
| Eric Clayman | |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 14, 2020 | Form ID: 173 | Total Noticed: 1 |

on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net connor@jenkinsclayman.com

Harold N. Kaplan

on behalf of Creditor Select Portfolio Servicing Inc. hkaplan@rasnj.com, informationathnk@aol.com

Harold N. Kaplan

on behalf of Creditor Nationstar Mortgage LLC hkaplan@rasnj.com informationathnk@aol.com

Harold N. Kaplan

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER hkaplan@rasnj.com informationathnk@aol.com

Isabel C. Balboa

on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa

ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jeffrey E. Jenkins

on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net connor@jenkinsclayman.com

Jeffrey E. Jenkins

on behalf of Joint Debtor Patricia E Levally jenkins.clayman@verizon.net connor@jenkinsclayman.com

Rebecca Ann Solarz

on behalf of Creditor Select Portfolio Servicing Inc. rsolarz@kmllawgroup.com

Rhondi L. Schwartz

on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net

Rhondi L. Schwartz

on behalf of Joint Debtor Patricia E Levally jenkins.clayman@verizon.net

Stephanie F. Ritigstein

on behalf of Joint Debtor Patricia E Levally jenkins.clayman@verizon.net connor@jenkinsclayman.com

Stephanie F. Ritigstein

on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net connor@jenkinsclayman.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 19