Form: ICB-12001-01 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-2(c)**

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977

Order Filed on January 21, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   Morgan P. Levally
   Patricia E. Levally

                       Debtor(s)

Case No.:         19-23417 (JNP)

Hearing Date:     01/20/2021

Judge:            Jerrold N. Poslusny Jr.


## ORDER CONFIRMING CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.

**DATED: January 21, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2 of 3
Debtor: Morgan P. Levally and Patricia E. Levally
Case No.: 19-23417 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the plan of the above named debtor, dated 07/31/2019, or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of $3,047.00 **for a period of 42 months** beginning immediately, which payment shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586, together with $8,000.00 paid to date.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee of $4,750.00.  The unpaid balance of the allowed fee in the amount of $4,750.00 plus costs of $0.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

Page 3 of 3
Debtor: Morgan P. Levally and Patricia E. Levally
Case No.: 19-23417 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the debtor(s), debtor(s)' attorney and any other party filing a Notice of Appearance.

**ORDERED** that the debtor's Motion to Avoid Liens under 11 U.S.C. § 522(f) be and is hereby granted. The following liens that impair the debtor's exemptions shall be avoided upon completion of the debtor's plan:

   Fidelity & Deposit Co. of Maryland lien to be avoided

**ORDERED** that the debtor consents to pay secured claims as filed, with reservation of rights to challenge the claims.

**ORDERED** as follows:

   Total plan length of 60 months.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                          Case No. 19-23417-JNP

Morgan P Levally                                                                                                                        Chapter 13

Patricia E Levally

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 21, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2021:**

**Recip ID          Recipient Name and Address**
db/jdb              + Morgan P Levally, Patricia E Levally, 105 Firth Drive, Mantua, NJ 08051-1903

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2021                          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2021 at the address(es) listed below:

**Name**                                **Email Address**

Aleisha Candace Jennings
    on behalf of Creditor USAA FEDERAL SAVINGS BANK ajennings@raslg.com

David Nigro
    on behalf of Joint Debtor Patricia E Levally jenkins.clayman@verizon.net

David Nigro
    on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net

Denise E. Carlon
    on behalf of Creditor Select Portfolio Servicing Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eric Clayman
    on behalf of Joint Debtor Patricia E Levally jenkins.clayman@verizon.net  connor@jenkinsclayman.com

Eric Clayman

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 21, 2021 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net connor@jenkinsclayman.com |
| Harold N. Kaplan | |
| | on behalf of Creditor Select Portfolio Servicing Inc. hkaplan@rasnj.com, informationathnk@aol.com |
| Harold N. Kaplan | |
| | on behalf of Creditor Nationstar Mortgage LLC hkaplan@rasnj.com informationathnk@aol.com |
| Harold N. Kaplan | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER hkaplan@rasnj.com informationathnk@aol.com |
| Isabel C. Balboa | |
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | |
| | on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net connor@jenkinsclayman.com |
| Jeffrey E. Jenkins | |
| | on behalf of Joint Debtor Patricia E Levally jenkins.clayman@verizon.net connor@jenkinsclayman.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor Select Portfolio Servicing Inc. rsolarz@kmllawgroup.com |
| Rhondi L. Schwartz | |
| | on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net |
| Rhondi L. Schwartz | |
| | on behalf of Joint Debtor Patricia E Levally jenkins.clayman@verizon.net |
| Stephanie F. Ritigstein | |
| | on behalf of Joint Debtor Patricia E Levally jenkins.clayman@verizon.net connor@jenkinsclayman.com |
| Stephanie F. Ritigstein | |
| | on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net connor@jenkinsclayman.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 19