Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−23417−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Morgan P Levally
dba DBA Morgan Marine, LLC
105 Firth Drive
Mantua, NJ 08051

Patricia E Levally
105 Firth Drive
Mantua, NJ 08051

Social Security No.:
xxx−xx−6064

xxx−xx−8894

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 21, 2021.

Dated: January 21, 2021
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 19-23417-JNP
Morgan P Levally                                                                                  Chapter 13
Patricia E Levally
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                      User: admin                                          Page 1 of 3
Date Rcvd: Jan 21, 2021          Form ID: plncf13                                  Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++            Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Morgan P Levally, Patricia E Levally, 105 Firth Drive, Mantua, NJ 08051-1903 |
| 518344024 | | Advocare West Deptford Pediatrics, c/o IC Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518360391 | + | Atlantic City Electric Co. Bankruptcy Division, 5 Collins Drive, Suite 2133 / Mail Stop, Carneys Point NJ 08069-3600 |
| 518421585 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518344036 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, PO Box 8218, Mason, OH 45040 |
| 518344029 | + | DiTech Financial, c/o RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518344030 | + | Dr. Akshay Dave, c/o Quality Asset Recovery, 7 Forster Avenue, Suite 101, Gibbsboro, NJ 08026-1191 |
| 518840791 | + | Fidelity and Deposit Company, Hudson Law Offices PC, Washington Professional Campus, Suite C-2 900 Route 168, Turnersville NJ 08012-3206 |
| 518461620 | + | Gotham Collection Services, c/o Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 518344035 | + | Laboratory Corp of America, c/o Radius Global Solutions, LLC, 50 W Skippack Pike, Ambler, PA 19002-5151 |
| 518344037 | + | Mantua Improvement, 401 Main Street, Mantua, NJ 08051-1002 |
| 518344038 | + | Mr. Cooper, c/o RAS Citron, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 518435692 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 518430937 | + | Nationstar Mortgage LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518344039 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o RAS Citron, LLC, 130 Clinton Road, #202, Fairfield, NJ 07004-2927 |
| 518344040 | + | New York City District, Council of Carpenters, 395 Hudson Street, New York, NY 10014-3669 |
| 518456474 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, STATE OF NEW JERSEY, DEPT. OF THE TREASURY, DIVISION OF TAXATION, P O BOX 245, TRENTON NJ 08695 |
| 518832230 | + | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 518832231 | + | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356, Santander Consumer USA Inc., PO Box 560284 Dallas, TX 75356-0284 |
| 518344044 | | State of New Jersey, Division of Taxation, PO Box 445, Trenton, NJ 08695-0445 |
| 518344045 | + | Underwood Memorial Hospital, 509 N. Broad St., Woodbury, NJ 08096-1617 |
| 518344046 | | Wells Fargo, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 21 2021 21:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 21 2021 21:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518357016 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2021 22:14:32 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518344025 | + | Email/Text: bankruptcy@pepcoholdings.com | Jan 21 2021 21:55:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 518344026 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 21 2021 22:17:23 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |

Case 19-23417-JNP    Doc 71    Filed 01/23/21    Entered 01/24/21 00:16:01    Desc Imaged
Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Jan 21, 2021 | Form ID: plncf13 | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 518364880 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 21 2021 22:15:05 | | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518344027 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 21 2021 22:14:25 | | CitiBank, c/o Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502-4952 |
| 518344028 | | Email/Text: bankruptcy@sw-credit.com Jan 21 2021 21:55:00 | | Comcast, c/o Southwest Credit Systems, L.P., 4120 International Pkwy, Ste 1100, Carrollton, TX 75007-1958 |
| 518344031 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com Jan 21 2021 21:54:00 | | Gateway One Lending & Finance, 160 N. Riverview Drive, Suite 100, Anaheim, CA 92808 |
| 518398942 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com Jan 21 2021 21:54:00 | | Gateway One Lending & Finance, LLC, 175 N Riverview Drive, Anaheim, CA 92808 |
| 518344032 | | Email/Text: sbse.cio.bnc.mail@irs.gov Jan 21 2021 21:54:00 | | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518344033 | + | Email/Text: PBNCNotifications@peritusservices.com Jan 21 2021 21:54:00 | | Kohl's / Capital One, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 518344034 | + | Email/Text: bankruptcy_notifications@ccsusa.com Jan 21 2021 21:56:00 | | Labcorp, c/o Credit Collection Services, PO Box 9134, Needham Heights, MA 02494-9134 |
| 518344041 | + | Email/PDF: cbp@onemainfinancial.com Jan 21 2021 22:10:55 | | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 518466894 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 21 2021 22:14:25 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 518344042 | + | Email/Text: bankruptcy_notifications@ccsusa.com Jan 21 2021 21:56:00 | | Progressive, c/o Credit Collection Service, PO BOX 607, Norwood, MA 02062-0607 |
| 518451723 | | Email/Text: appebnmailbox@sprint.com Jan 21 2021 21:55:00 | | Sprint Corp, Attn: Bankruptcy, PO Box 7949, Overland Park, KS 662070949 |
| 518536023 | + | Email/Text: jennifer.chacon@spservicing.com Jan 21 2021 21:56:00 | | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 518536024 | + | Email/Text: jennifer.chacon@spservicing.com Jan 21 2021 21:56:00 | | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 518344043 | | Email/Text: appebnmailbox@sprint.com Jan 21 2021 21:55:00 | | Sprint, c/o Afni, Inc., PO Box 3517, Bloomington, IL 61702-3517 |
| 518346833 | + | Email/PDF: gecsedi@recoverycorp.com Jan 21 2021 22:17:00 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Nationstar Mortgage LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 21, 2021 | Form ID: plncf13 | Total Noticed: 43 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2021                Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor USAA FEDERAL SAVINGS BANK ajennings@raslg.com |
| David Nigro | on behalf of Joint Debtor Patricia E Levally jenkins.clayman@verizon.net |
| David Nigro | on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net |
| Denise E. Carlon | on behalf of Creditor Select Portfolio Servicing Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net connor@jenkinsclayman.com |
| Eric Clayman | on behalf of Joint Debtor Patricia E Levally jenkins.clayman@verizon.net connor@jenkinsclayman.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC hkaplan@rasnj.com informationathnk@aol.com |
| Harold N. Kaplan | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER hkaplan@rasnj.com informationathnk@aol.com |
| Harold N. Kaplan | on behalf of Creditor Select Portfolio Servicing Inc. hkaplan@rasnj.com, informationathnk@aol.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Patricia E Levally jenkins.clayman@verizon.net connor@jenkinsclayman.com |
| Jeffrey E. Jenkins | on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net connor@jenkinsclayman.com |
| Rebecca Ann Solarz | on behalf of Creditor Select Portfolio Servicing Inc. rsolarz@kmllawgroup.com |
| Rhondi L. Schwartz | on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net |
| Rhondi L. Schwartz | on behalf of Joint Debtor Patricia E Levally jenkins.clayman@verizon.net |
| Stephanie F. Ritigstein | on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net connor@jenkinsclayman.com |
| Stephanie F. Ritigstein | on behalf of Joint Debtor Patricia E Levally jenkins.clayman@verizon.net connor@jenkinsclayman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 19