Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 19-23417 (JNP)**

Morgan P. Levally and Patricia E. Levally  
105 Firth Drive  
Manuta, NJ  08051

Monthly Payment: $3,719.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/07/2021 | $250.00 | 01/20/2021 | $250.00 | 01/20/2021 | $250.00 | 02/01/2021 | $250.00 |
| 02/23/2021 | $250.00 | 03/09/2021 | $250.00 | 03/16/2021 | $250.00 | 03/30/2021 | $250.00 |
| 04/14/2021 | $250.00 | 04/26/2021 | $250.00 | 05/25/2021 | $250.00 | 06/09/2021 | $250.00 |
| 07/07/2021 | $250.00 | 07/08/2021 | $250.00 | 07/20/2021 | $250.00 | 08/03/2021 | $250.00 |
| 08/16/2021 | $250.00 | 09/14/2021 | $250.00 | 09/14/2021 | $250.00 | 09/28/2021 | $250.00 |
| 10/13/2021 | $250.00 | 11/15/2021 | $250.00 | 12/07/2021 | $250.00 | 12/13/2021 | $250.00 |
| 12/28/2021 | $250.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MORGAN P. LEVALLY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $4,750.00 | $4,750.00 | $0.00 | $0.00 |
| 1 | ADVOCARE WEST DEPTFORD PEDIATRICS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $1,420.20 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK USA, N.A. | 33 | $2,446.35 | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,527.74 | $0.00 | $0.00 | $0.00 |
| 5 | COMCAST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DITECH FINANCIAL, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | DR. AKSHAY DAVE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | SANTANDER CONSUMER USA, INC. | 33 | $8,263.88 | $0.00 | $0.00 | $0.00 |
| 9 | DEPARTMENT OF THE TREASURY | 24 | $37,005.29 | $4,358.06 | $32,647.23 | $0.00 |
| 10 | CAPITAL ONE, N.A. | 33 | $3,503.04 | $0.00 | $0.00 | $0.00 |
| 11 | ASHLEY FUNDING SERVICES, LLC | 33 | $114.00 | $0.00 | $0.00 | $0.00 |
| 12 | ASHLEY FUNDING SERVICES, LLC | 33 | $40.15 | $0.00 | $0.00 | $0.00 |
| 13 | MACY'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | MANTUA IMPROVEMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | SELECT PORTFOLIO SERVICING, INC. | 24 | $21,524.59 | $2,534.94 | $18,989.65 | $0.00 |
| 16 | NATIONSTAR MORTGAGE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | NEW YORK CITY DISTRICT | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | ONEMAIN FINANCIAL GROUP, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | PROGRESSIVE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | SPRINT CORPORATION | 33 | $805.33 | $0.00 | $0.00 | $0.00 |
| 21 | STATE OF NEW JERSEY | 28 | $13,675.65 | $0.00 | $13,675.65 | $0.00 |
| 22 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | UNDERWOOD MEMORIAL HOSPITAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 24 | WELLS FARGO | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | DAVID NIGRO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | PATRICIA E. LEVALLY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | ASHLEY FUNDING SERVICES, LLC | 33 | $40.44 | $0.00 | $0.00 | $0.00 |
| 29 | DEPARTMENT OF THE TREASURY | 28 | $44,875.95 | $0.00 | $44,875.95 | $0.00 |
| 30 | DEPARTMENT OF THE TREASURY | 33 | $74,464.63 | $0.00 | $0.00 | $0.00 |
| 31 | STATE OF NEW JERSEY | 33 | $5,931.60 | $0.00 | $0.00 | $0.00 |
| 32 | GOTHAM COLLECTION SERVICES | 33 | $55,495.32 | $0.00 | $0.00 | $0.00 |
| 33 | SELECT PORTFOLIO SERVICING, INC. | 13 | $531.00 | $531.00 | $0.00 | $0.00 |
| 34 | FIDELITY & DEPOSIT COMPANY OF MARYLAND | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2019 | 26.00 | $0.00 |
| 10/01/2021 | Paid to Date | $13,000.00 |
| 11/01/2021 | 33.00 | $3,719.00 |
| 08/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,250.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $687.00 |
| Arrearages: | $6,438.00 |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**