Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–23417–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Morgan P Levally | Patricia E Levally |
| dba DBA Morgan Marine, LLC | 105 Firth Drive |
| 105 Firth Drive | Mantua, NJ 08051 |
| Mantua, NJ 08051 | |

Social Security No.:
  xxx–xx–6064                          xxx–xx–8894

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               June 21, 2022
Time:              11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*86* – Chapter 13 Debtor's Certification in Opposition to Creditor's Certification of Default (related document:85 Creditor's Certification of Default (related document:33 Consent Order filed by Creditor Select Portfolio Servicing, Inc.) filed by Harold N. Kaplan on behalf of US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST. Objection deadline is 05/27/2022. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) filed by Creditor US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST) filed by Eric Clayman on behalf of Morgan P Levally. (Clayman, Eric)

and transact such other business as may properly come before the meeting.

Dated: May 25, 2022
JAN: kaj

                                                    Jeanne Naughton
                                                    Clerk