Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−23417−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Morgan P Levally
dba DBA Morgan Marine, LLC
105 Firth Drive
Mantua, NJ 08051

Patricia E Levally
105 Firth Drive
Mantua, NJ 08051

Social Security No.:
xxx−xx−6064

xxx−xx−8894

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           June 21, 2022
Time:           11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*86* − Chapter 13 Debtor's Certification in Opposition to Creditor's Certification of Default (related document:85 Creditor's Certification of Default (related document:33 Consent Order filed by Creditor Select Portfolio Servicing, Inc.) filed by Harold N. Kaplan on behalf of US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST. Objection deadline is 05/27/2022. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) filed by Creditor US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST) filed by Eric Clayman on behalf of Morgan P Levally. (Clayman, Eric)

and transact such other business as may properly come before the meeting.

Dated: May 25, 2022
JAN: kaj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-23417-JNP
Morgan P Levally  Chapter 13
Patricia E Levally
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 2
Date Rcvd: May 25, 2022 | Form ID: 173 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Morgan P Levally, Patricia E Levally, 105 Firth Drive, Mantua, NJ 08051-1903 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor USAA FEDERAL SAVINGS BANK ajennings@raslg.com |
| David Nigro | on behalf of Joint Debtor Patricia E Levally jenkins.clayman@verizon.net |
| David Nigro | on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net |
| Denise E. Carlon | on behalf of Creditor Select Portfolio Servicing Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Joint Debtor Patricia E Levally mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Eric Clayman | on behalf of Debtor Morgan P Levally mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 25, 2022 | Form ID: 173 | Total Noticed: 1 |

Harold N. Kaplan
    on behalf of Creditor Select Portfolio Servicing  Inc. hkaplan@rasnj.com, informationathnk@aol.com

Harold N. Kaplan
    on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST hkaplan@rasnj.com, informationathnk@aol.com

Harold N. Kaplan
    on behalf of Creditor Nationstar Mortgage LLC hkaplan@rasnj.com informationathnk@aol.com

Harold N. Kaplan
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER hkaplan@rasnj.com informationathnk@aol.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jeffrey E. Jenkins
    on behalf of Debtor Morgan P Levally mail@jenkinsclayman.com JenkinsClayman@jubileebk.net

Jeffrey E. Jenkins
    on behalf of Joint Debtor Patricia E Levally mail@jenkinsclayman.com JenkinsClayman@jubileebk.net

Rebecca Ann Solarz
    on behalf of Creditor Select Portfolio Servicing  Inc. rsolarz@kmllawgroup.com

Rhondi L. Schwartz
    on behalf of Debtor Morgan P Levally mail@jenkinsclayman.com

Rhondi L. Schwartz
    on behalf of Joint Debtor Patricia E Levally mail@jenkinsclayman.com

Stephanie F. Ritigstein
    on behalf of Joint Debtor Patricia E Levally mail@jenkinsclayman.com kevin@jenkinsclayman.com

Stephanie F. Ritigstein
    on behalf of Debtor Morgan P Levally mail@jenkinsclayman.com kevin@jenkinsclayman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 20