| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>Authorized Agent for Secured Creditor<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Facsimile: 973-404-888<br><br>Kimberly A. Wilson, Esquire<br>NJ BAR #031441997 | Order Filed on January 3, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Morgan P Levally,**<br><br>dba DBA Morgan Marine, LLC<br><br>    Debtor,<br><br>**Patricia E Levally,**<br><br>    Joint Debtor. | Case No.:   19-23417-JNP<br><br>Chapter:    13<br><br>Hearing Date: June 21, 2022<br><br>Judge:    Jerrold N. Poslusny Jr. |

Recommended Local Form:    ☒ Followed    ☐ Modified

### ORDER VACATING STAY

**DATED: January 3, 2023**

The relief set forth on the following page, is hereby **ORDERED.**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page **2**
Debtors:
Case No.:
Caption of Order: **Order Vacating Stay**

---

Upon the motion of US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST, ("Secured Creditor") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☒ Real property more fully described as:

    105 Firth Drive, Mantua, NJ 08051.

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtors, any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-23417-JNP
Morgan P Levally  Chapter 13
Patricia E Levally
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Jan 05, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Morgan P Levally, Patricia E Levally, 105 Firth Drive, Mantua, NJ 08051-1903 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor USAA FEDERAL SAVINGS BANK ajennings@raslg.com |
| David Nigro | on behalf of Joint Debtor Patricia E Levally jenkins.clayman@verizon.net |
| David Nigro | on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net |
| Denise E. Carlon | on behalf of Creditor Select Portfolio Servicing Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Select Portfolio Servicing Inc. hkaplan@rasnj.com, kimwilson@raslg.com |
| Harold N. Kaplan | |

| | |
|---|---|
| | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST hkaplan@rasnj.com, kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC hkaplan@rasnj.com kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER hkaplan@rasnj.com kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Morgan P Levally mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Patricia E Levally mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Kimberly A. Wilson | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST k_wilsonlaw@comcast.net, courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com |
| Rhondi L. Schwartz | on behalf of Debtor Morgan P Levally mail@jenkinsclayman.com |
| Rhondi L. Schwartz | on behalf of Joint Debtor Patricia E Levally mail@jenkinsclayman.com |
| Sindi Mncina | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST smncina@raslg.com |
| Stephanie F. Ritigstein | on behalf of Joint Debtor Patricia E Levally mail@jenkinsclayman.com kevin@jenkinsclayman.com |
| Stephanie F. Ritigstein | on behalf of Debtor Morgan P Levally mail@jenkinsclayman.com kevin@jenkinsclayman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 19