UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS LAW GROUP**
Jeffrey E. Jenkins, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

Order Filed on March 8, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Morgan & Patricia Levally
Debtor

Case No.: 19-23417

Adv. No.:

Hearing Date: March 7, 2023 at 11:00 a.m.

Judge: Jerrold N. Poslusny, Jr.

Recommended Local Form:  ☒ Followed   ☐ Modified

# ORDER TO IMPOSE AUTOMATIC STAY AS TO US BANK TRUST NATIONAL ASSOCIATION

The relief set forth on the following page, number two (2) is hereby **ORDERED.**

**DATED: March 8, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Jenkins Law Group and the court having reviewed the motion and any opposition filed, and for good cause having been shown, it is

**ORDERED** that:

1. The automatic stay provisions to the bankruptcy code are hereby reinstated as to US Bank Trust National Association