| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**JENKINS LAW GROUP**<br>Jeffrey E. Jenkins, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | Order Filed on March 8, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Morgan & Patricia Levally<br>Debtor | Case No.:    19-23417<br><br>Adv. No.:<br><br>Hearing Date: March 7, 2023 at 11:00 a.m.<br><br>Judge:    Jerrold N. Poslusny, Jr. |

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER TO IMPOSE AUTOMATIC STAY AS TO US BANK TRUST NATIONAL ASSOCIATION

The relief set forth on the following page, number two (2) is hereby **ORDERED.**

**DATED: March 8, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Jenkins Law Group and the court having reviewed the motion and any opposition filed, and for good cause having been shown, it is

**ORDERED** that:

1. The automatic stay provisions to the bankruptcy code are hereby reinstated as to US Bank Trust National Association

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-23417-JNP

Morgan P Levally  Chapter 13

Patricia E Levally

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1　　　　　　　　　　　User: admin　　　　　　　　　　　Page 1 of 2
Date Rcvd: Mar 08, 2023　　　　　　　　　Form ID: pdf903　　　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　　Definition**

+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Morgan P Levally, Patricia E Levally, 105 Firth Drive, Mantua, NJ 08051-1903 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2023　　　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2023 at the address(es) listed below:

**Name**　　　　　　　　　　**Email Address**

Aleisha Candace Jennings
　　　　　　　　　　on behalf of Creditor USAA FEDERAL SAVINGS BANK ajennings@raslg.com

David Nigro
　　　　　　　　　　on behalf of Joint Debtor Patricia E Levally jenkins.clayman@verizon.net

David Nigro
　　　　　　　　　　on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net

Denise E. Carlon
　　　　　　　　　　on behalf of Creditor Select Portfolio Servicing  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Harold N. Kaplan
　　　　　　　　　　on behalf of Creditor Select Portfolio Servicing  Inc. hkaplan@rasnj.com, kimwilson@raslg.com

Harold N. Kaplan

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 08, 2023 | Form ID: pdf903 | Total Noticed: 1 |

    on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST hkaplan@rasnj.com, kimwilson@raslg.com

Harold N. Kaplan
    on behalf of Creditor Nationstar Mortgage LLC hkaplan@rasnj.com kimwilson@raslg.com

Harold N. Kaplan
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER hkaplan@rasnj.com kimwilson@raslg.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jeffrey E. Jenkins
    on behalf of Debtor Morgan P Levally mail@jenkinsclayman.com JenkinsClayman@jubileebk.net

Jeffrey E. Jenkins
    on behalf of Joint Debtor Patricia E Levally mail@jenkinsclayman.com JenkinsClayman@jubileebk.net

Kimberly A. Wilson
    on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST kimwilson@raslg.com

Rhondi L. Schwartz
    on behalf of Debtor Morgan P Levally mail@jenkinsclayman.com

Rhondi L. Schwartz
    on behalf of Joint Debtor Patricia E Levally mail@jenkinsclayman.com

Sindi Mncina
    on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST smncina@raslg.com

Stephanie F. Ritigstein
    on behalf of Joint Debtor Patricia E Levally mail@jenkinsclayman.com kevin@jenkinsclayman.com

Stephanie F. Ritigstein
    on behalf of Debtor Morgan P Levally mail@jenkinsclayman.com kevin@jenkinsclayman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 19