| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **JENKINS LAW GROUP** <br> Jeffrey E. Jenkins <br> Attorneys at Law <br> 412 White Horse Pike <br> Audubon, NJ 08106 <br> (856)546-9696 <br> Attorney for Debtor <br><br> By: |

Order Filed on July 26, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: 19-23417 |
|---|---|
| Morgan and Patricia Levally, <br> Debtor | Adv. No.: |
| | Hearing Date: |
| | Judge:  JNP |

## ORDER TERMINATING WAGE ORDER

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: July 26, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | Morgan Levally |
| Case No: | 19-23417 |
| Caption of Order: | Order Terminating Wage Order |

---

Upon consideration of Jenkins Law Group's motion to terminate the debtor's wage order, and good cause appearing therefore, it is hereby:

**ORDERED** that:

1. The wage order docket entry #110 currently in place for the debtor's trustee payment is hereby terminated.

2. Effective immediately, debtor's employer, Baker's Marina, shall no longer make disbursements to the Standing Chapter 13 Trustee.