UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS LAW GROUP**
Jeffrey E. Jenkins
Attorneys at Law
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

By:

In Re:

Morgan and Patricia Levally,
Debtor

Order Filed on July 26, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-23417

Adv. No.:

Hearing Date:

Judge: JNP

## ORDER TERMINATING WAGE ORDER

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: July 26, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | Morgan Levally |
| Case No: | 19-23417 |
| Caption of Order: | Order Terminating Wage Order |

Upon consideration of Jenkins Law Group's motion to terminate the debtor's wage order, and good cause appearing therefore, it is hereby:

**ORDERED** that:

1. The wage order docket entry #110 currently in place for the debtor's trustee payment is hereby terminated.

2. Effective immediately, debtor's employer, Baker's Marina, shall no longer make disbursements to the Standing Chapter 13 Trustee.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-23417-JNP |
| Morgan P Levally | Chapter 13 |
| Patricia E Levally | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 27, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Morgan P Levally, Patricia E Levally, 105 Firth Drive, Mantua, NJ 08051-1903 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2023            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor USAA FEDERAL SAVINGS BANK ajennings@raslg.com |
| David Nigro | on behalf of Joint Debtor Patricia E Levally jenkins.clayman@verizon.net |
| David Nigro | on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net |
| Denise E. Carlon | on behalf of Creditor Select Portfolio Servicing Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Select Portfolio Servicing Inc. hkaplan@rasnj.com, kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY |

District/off: 0312-1            User: admin            Page 2 of 2
Date Rcvd: Jul 27, 2023            Form ID: pdf903            Total Noticed: 1

AS OWNER TRUSTEE FOR VRMTG ASSET TRUST hkaplan@rasnj.com, kimwilson@raslg.com

Harold N. Kaplan

on behalf of Creditor Nationstar Mortgage LLC hkaplan@rasnj.com kimwilson@raslg.com

Harold N. Kaplan

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER hkaplan@rasnj.com kimwilson@raslg.com

Isabel C. Balboa

on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa

ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jeffrey E. Jenkins

on behalf of Debtor Morgan P Levally mail@jenkinsclayman.com JenkinsClayman@jubileebk.net

Jeffrey E. Jenkins

on behalf of Joint Debtor Patricia E Levally mail@jenkinsclayman.com JenkinsClayman@jubileebk.net

Kimberly A. Wilson

on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST kimwilson@raslg.com

Rhondi L. Schwartz

on behalf of Debtor Morgan P Levally mail@jenkinsclayman.com

Rhondi L. Schwartz

on behalf of Joint Debtor Patricia E Levally mail@jenkinsclayman.com

Sindi Mncina

on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST smncina@raslg.com

Stephanie F. Ritigstein

on behalf of Joint Debtor Patricia E Levally mail@jenkinsclayman.com kevin@jenkinsclayman.com

Stephanie F. Ritigstein

on behalf of Debtor Morgan P Levally mail@jenkinsclayman.com kevin@jenkinsclayman.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 19