UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

**IN RE:**                                                                  **CASE NO.: 19-23417**
                                                                                    **CHAPTER 13**

**Morgan P Levally,**
**Debtor.**

**Patricia E Levally,**
**Joint Debtor.**

_____/

## **REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                              Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                              Authorized Agent for Secured Creditor
                                              130 Clinton Rd #202
                                              Fairfield, NJ 07004
                                              Telephone: 470-321-7112

                                              By: /s/Kimberly Wilson
                                                  Kimberly Wilson
                                                  Email: kimwilson@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 7, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MORGAN P LEVALLY
105 FIRTH DRIVE
MANTUA, NJ 08051

PATRICIA E LEVALLY
105 FIRTH DRIVE
MANTUA, NJ 08051

And via electronic mail to:

JENKINS LAW GROUP
412 WHITE HORSE PIKE
AUDUBON, NJ 08106

ISABEL C. BALBOA
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38 - SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Emily Cheng