Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−23417−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Morgan P Levally
dba DBA Morgan Marine, LLC
105 Firth Drive
Mantua, NJ 08051

Patricia E Levally
105 Firth Drive
Mantua, NJ 08051

Social Security No.:
xxx−xx−6064

xxx−xx−8894

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on November 14, 2023.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 14, 2023
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-23417-JNP |
| Morgan P Levally | Chapter 13 |
| Patricia E Levally | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 15, 2023 | Form ID: 148 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Morgan P Levally, Patricia E Levally, 105 Firth Drive, Mantua, NJ 08051-1903 |
| cr | + | US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS IND, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518360391 | + | Atlantic City Electric Co. Bankruptcy Division, 5 Collins Drive, Suite 2133 / Mail Stop, Carneys Point NJ 08069-3600 |
| 518840791 | + | Fidelity and Deposit Company, Hudson Law Offices PC, Washington Professional Campus, Suite C-2 900 Route 168, Turnersville NJ 08012-3206 |
| 518344031 | + | Gateway One Lending & Finance, 160 N. Riverview Drive, Suite 100, Anaheim, CA 92808-2293 |
| 518344035 | + | Laboratory Corp of America, c/o Radius Global Solutions, LLC, 50 W Skippack Pike, Ambler, PA 19002-5151 |
| 518344037 | + | Mantua Improvement, 401 Main Street, Mantua, NJ 08051-1002 |
| 518344040 | + | New York City District, Council of Carpenters, 395 Hudson Street, New York, NY 10014-3669 |
| 518456474 | + | STATE OF NEW JERSEY, DEPT. OF THE TREASURY, DIVISION OF TAXATION, P O BOX 245, TRENTON NJ 08695-0245 |
| 518344044 | | State of New Jersey, Division of Taxation, PO Box 445, Trenton, NJ 08695-0445 |
| 518344045 | + | Underwood Memorial Hospital, 509 N. Broad St., Woodbury, NJ 08096-1617 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 15 2023 21:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 15 2023 21:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518344024 | | EDI: LCIICSYSTEM | Nov 16 2023 01:52:00 | Advocare West Deptford Pediatrics, c/o IC Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518357016 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2023 21:13:45 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518344025 | + | Email/Text: bankruptcy@pepcoholdings.com | Nov 15 2023 21:02:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 518344026 | + | EDI: CAPITALONE.COM | Nov 16 2023 01:52:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518364880 | + | EDI: AIS.COM | Nov 16 2023 01:52:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518421585 | | Email/PDF: bncnotices@becket-lee.com | Nov 15 2023 21:13:44 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518344027 | + | EDI: PRA.COM | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 16 2023 01:52:00 | CitiBank, c/o Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502-4952 |
| 518344028 | | Email/Text: bankruptcy@sw-credit.com | Nov 15 2023 21:02:00 | Comcast, c/o Southwest Credit Systems, L.P., 4120 International Pkwy, Ste 1100, Carrollton, TX 75007-1958 |
| 518344036 | | EDI: CITICORP.COM | Nov 16 2023 01:52:00 | Macy's, PO Box 8218, Mason, OH 45040 |
| 518344029 | + | Email/Text: RASEBN@raslg.com | Nov 15 2023 21:01:00 | DiTech Financial, c/o RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518344030 | ^ | MEBN | Nov 15 2023 21:00:06 | Dr. Akshay Dave, c/o Quality Asset Recovery, 7 Forster Avenue, Suite 101, Gibbsboro, NJ 08026-1191 |
| 518461620 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Nov 15 2023 21:01:00 | Gotham Collection Services, c/o Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 518344032 | | EDI: IRS.COM | Nov 16 2023 01:52:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518344033 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 15 2023 21:01:00 | Kohl's / Capital One, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 518344034 | + | EDI: CCS.COM | Nov 16 2023 01:52:00 | Labcorp, c/o Credit Collection Services, PO Box 9134, Needham Heights, MA 02494-9134 |
| 518344038 | + | Email/Text: RASEBN@raslg.com | Nov 15 2023 21:01:00 | Mr. Cooper, c/o RAS Citron, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 518435692 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 15 2023 21:01:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 518430937 | + | Email/Text: RASEBN@raslg.com | Nov 15 2023 21:01:00 | Nationstar Mortgage LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518344039 | + | Email/Text: RASEBN@raslg.com | Nov 15 2023 21:01:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o RAS Citron, LLC, 130 Clinton Road, #202, Fairfield, NJ 07004-2927 |
| 518344041 | + | EDI: AGFINANCE.COM | Nov 16 2023 01:52:00 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 518466894 | | EDI: PRA.COM | Nov 16 2023 01:52:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 518344042 | + | EDI: CCS.COM | Nov 16 2023 01:52:00 | Progressive, c/o Credit Collection Service, PO BOX 607, Norwood, MA 02062-0607 |
| 518344043 | | EDI: AISSPRINT | Nov 16 2023 01:52:00 | Sprint, c/o Afni, Inc., PO Box 3517, Bloomington, IL 61702-3517 |
| 518451723 | | EDI: AISSPRINT | Nov 16 2023 01:52:00 | Sprint Corp, Attn: Bankruptcy, PO Box 7949, Overland Park, KS 662070949 |
| 518832231 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 15 2023 21:02:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356, Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 518832230 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 15 2023 21:02:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 518536023 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 15 2023 21:02:00 | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 518536024 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 15 2023 21:02:00 | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 518346833 | + | EDI: RMSC.COM | Nov 16 2023 01:52:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| Recip ID | | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| 519526510 | + Email/Text: mtgbk@shellpointmtg.com | | Nov 15 2023 21:01:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, US Bank Trust National Association, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 520018544 | + Email/Text: RASEBN@raslg.com | | Nov 15 2023 21:01:00 | US Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519526509 | + Email/Text: mtgbk@shellpointmtg.com | | Nov 15 2023 21:01:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518344046 | EDI: WFFC2 | | Nov 16 2023 01:52:00 | Wells Fargo, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Nationstar Mortgage LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | *+ | US Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 518398942 | ##+ | Gateway One Lending & Finance, LLC, 175 N Riverview Drive, Anaheim, CA 92808-1225 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor USAA FEDERAL SAVINGS BANK ajennings@raslg.com |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| David Nigro | on behalf of Joint Debtor Patricia E Levally jenkins.clayman@verizon.net |
| David Nigro | on behalf of Debtor Morgan P Levally jenkins.clayman@verizon.net |
| Denise E. Carlon | on behalf of Creditor Select Portfolio Servicing Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 15, 2023 | Form ID: 148 | Total Noticed: 46 |

Harold N. Kaplan
    on behalf of Creditor Nationstar Mortgage LLC hkaplan@rasnj.com  kimwilson@raslg.com

Harold N. Kaplan
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER hkaplan@rasnj.com  kimwilson@raslg.com

Harold N. Kaplan
    on behalf of Creditor Select Portfolio Servicing  Inc. hkaplan@rasnj.com, kimwilson@raslg.com

Harold N. Kaplan
    on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST hkaplan@rasnj.com, kimwilson@raslg.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jeffrey E. Jenkins
    on behalf of Joint Debtor Patricia E Levally mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net

Jeffrey E. Jenkins
    on behalf of Debtor Morgan P Levally mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net

Kimberly A. Wilson
    on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST kimwilson@raslg.com

Kimberly A. Wilson
    on behalf of Creditor US Bank Trust National Association kimwilson@raslg.com

Rhondi L. Schwartz
    on behalf of Debtor Morgan P Levally mail@jenkinsclayman.com

Rhondi L. Schwartz
    on behalf of Joint Debtor Patricia E Levally mail@jenkinsclayman.com

Sindi Mncina
    on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST smncina@raslg.com

Stephanie F. Ritigstein
    on behalf of Debtor Morgan P Levally mail@jenkinsclayman.com  kevin@jenkinsclayman.com

Stephanie F. Ritigstein
    on behalf of Joint Debtor Patricia E Levally mail@jenkinsclayman.com  kevin@jenkinsclayman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 21